No. 96–8548. WALKER v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 96–8569. GUTIERREZ-TAVARES v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied. ▉

No. 96–8580. SINGLETON v. UNITED STATES. C. A. 4th Cir. Certiorari denied. ▉

No. 96–8589. HOWARD v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▉

No. 96–8598. TAGBERING v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–8694. THOMPSON v. BROWN, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied. ▉

No. 96–8719. LAVALAIS v. LOUISIANA. Sup. Ct. La. Certiorari denied. ▉

No. 96–8721. MATHIS v. UNITED STATES. C. A. 3d Cir. Certiorari denied. ▉

No. 96–8730. GREEN v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ▉

No. 96–8769. PONDEXTER v. TEXAS. Ct. Crim. App. Tex. Certiorari denied. ▉

No. 96–8793. THACKER v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 96–8823. JANECKA v. TEXAS. Ct. Crim. App. Tex. Certiorari denied. ▉

No. 96–8845. GEDDIE v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. ▉

No. 96–8851. BALDWIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ▉

No. 96–8870. HARTLEY v. FLORIDA. Sup. Ct. Fla. Certiorari denied. ▉